No. 1030. OIL SHARES INCORPORATED *v.* COMMERCIAL TRUST CO. ET AL. Decided May 31, 1938. *Per Curiam:* The petition for writ of certiorari is granted, the decree of the Circuit Court of Appeals is reversed, and the decree of the District Court dismissing the complaint as to the respondent, Commercial Trust Company of New Jersey, is vacated. The cause is remanded to the District Court with instructions to set forth its findings of fact and conclusions of law in accordance with Equity Rule 70½. *Mr. William M. Chadbourne* for petitioner. *Messrs. Thomas G. Haight* and *Albert C. Wall* for respondents.

No. —, original. EX PARTE MERRITT B. SCHUYLER. May 31, 1938. Application denied.

No. 1, original. GEORGIA *v.* TENNESSEE COPPER CO. ET AL. May 31, 1938. The return to the rule to show cause is received and ordered to be filed with leave to file a supplemental return on or before October 3, next.

No. 11, original. TEXAS *v.* NEW MEXICO. May 31, 1938. Motion for leave to file petition and brief on behalf of Belen-Ladera Acequia, as *amicus curiae,* denied.

No. —, original. EX PARTE FOWLER, ADMINISTRATOR, ET AL. May 31, 1938. The motion for leave to file petition for writ of mandamus is denied.